**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **GLORIA DIAZ GOMEZ** | **CIVIL ACTION NO. 26-0522** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **U.S. IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered and, after a de novo review of the record, having determined that the findings of the Magistrate Judge to be correct under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Gloria Diaz Gomez's petition is **DISMISSED WITHOUT PREJUDICE** to her right to re-file her *Zadvydas* claim should her confinement become unconstitutional.

ALEXANDRIA, LOUISIANA, this 10th day of April, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE